**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TRENT K. DANIELS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 1:20-00561-N** |
| | ) | |
| **KILOLO KIJAKAZI,** *Acting* | ) | |
| *Commissioner of Social Security*, | ) | |
| **Defendant.** | ) | |

**<u>JUDGMENT</u>**

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of

Plaintiff Trent K. Daniels and against the Defendant Commissioner of Social

Security, in accordance with the Memorandum Opinion and Order entered on this

date reversing the Commissioner's final decision denying Daniels's applications for

Social Security benefits and remanding for further proceedings under sentence four

of 42 U.S.C. § 405(g).

**DONE** this the 29th day of March 2022.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE**